IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARL DANIEL WHITE,       Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:11-CV-2002-M |
| ROY CALLENDER AND TOMMY EBERHART,       Defendants. | § § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendants' Motion to Dismiss (doc. 12) is **DENIED**. Defendants' alternative Motion for More Definite Statement (doc. 13) is **GRANTED in part and DENIED in part**. Within thirty days of the date of this Order, Plaintiff shall file a **Rule 7(a) Reply** that states the facts upon which he relies to show that Defendants are not entitled to qualified immunity. The Motion for More Definite Statement is **DENIED** in all other particulars.

Defendants' Motion to Stay Discovery and Disclosure (doc. 15) is **DENIED in part** and **GRANTED in part**. The Motion to Stay Discovery is **denied** to the extent that Defendants shall disclose the names and statements of any witnesses to the incident (including incident reports) and any video recording of the incident in question. The Motion is **granted** to the extent that all other

discovery should be stayed.  All relief requested but not specifically granted is **DENIED**.

SO ORDERED

DATED: December 14, 2011.

                                               _____
                                               BARBARA M. G. LYNN
                                               UNITED STATES DISTRICT JUDGE
                                               NORTHERN DISTRICT OF TEXAS